# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| **LACEY RENEE BAXTER MOORE,** § § | |
| Movant, § § | |
| v. § § | Civil Action No. 4:20-cv-1201-O |
| § | (Crim. Action No. 4:19-cr-0304-O(9)) |
| **UNITED STATES OF AMERICA,** § § | |
| Respondent. § | |

## FINAL JUDGMENT

In accordance with the Order signed this date,

The Court **ORDERS**, **ADJUDGES**, and **DECREES** that the motion of Lacey Renee Baxter Moore filed under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence be, and is hereby, **DISMISSED**.

**SIGNED** this **6th day** of **April, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE